TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
FILIBERTO MADRIGAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Francisco Loya-Solarzano, et al

    Defendants.

No. 2:18-CR-00164 MCE

**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE UNTIL MAY 30, 2019 AT 10:00 A.M.**

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the defendants:

1. Elias Hernandez-Valencia
2. Filiberto Madrigal
3. Luis Armando Rios Garcia
4. Georgina Carrillo Ayala
5. Jose Francisco Buenavida
6. Jose Antonio Pantoja Estrada
7. Bart Richard Hughes
8. Jose Manuel Rodriguez

9. Roberto Mercado-Rangel

by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney James Conolly, that the status conference presently set for April 4, 2019, should be continued to May 30, 2019, at 10:00 a.m. and that time under the Speedy Trial Act should be excluded from April 4, 2019 through May 30, 2019.

The reason for the continuance is that the parties are still reviewing discovery. Discovery consists of 415 pages of numbered discovery and 6 DVDs containing other materials. Defense counsel needs additional time to continue to review discovery, communicate with the Government and their respective clients, discuss possible resolutions and prepare for trial. The continuance is necessary to ensure continuity of counsel and for defense preparation. Accordingly, the time between April 4, 2019 and May 30, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Defense counsel for the defendants and AUSA James Conolly have authorized Ms. White to sign this pleading for them.

Dated: April 1, 2019

U.S. ATTORNEY
/s/ Toni White
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: April 1, 2019

/s/ Toni White for
HAYES H. GABLE III
Attorney for Defendant
Elias Hernandez-Valencia

Dated: April 1, 2019					/s/ Toni White for
							PETER KMETO
							Attorney for Defendant
							Luis Armando Rios Garcia


Dated: April 1, 2019					/s/ Toni White for___
							TASHA CHALFANT
							Attorney for Defendant
							Georgina Carrillo Ayala


Dated: April 1, 2019					/s/ Toni White for
							OLAF HEDBERG
							Attorney for Defendant
							Jose Francisco Buenavida


Dated: April 1, 2019					/s/ Toni White for
							DINA SANTOS
							Attorney for Defendant
							Jose Antonio Pantoja Estrada


Dated: April 1, 2019					/s/ Toni White for
							ALIN CINTEAN
							Attorney for Defendant
							Bart Richard Hughes


Dated: April 1, 2019					/s/ Toni White for___
							DAVID D. FISCHER
							Attorney for Defendant
							Jose M. Rodriguez

Dated: April 1, 2019  /s/ Toni White for
CLEMENTE JIMENEZ
Attorney for Defendant
Roberto Mercado-Rangel

Dated: April 1, 2019  /s/ Toni White
TONI WHITE
Attorney for Defendant
Filiberto Madrigal

**ORDER**

IT IS SO ORDERED.

Dated: April 8, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE