The Law Office of Olaf W. Hedberg
Olaf W. Hedberg, State Bar #151082
901 H St., Suite 301
Sacramento, California 95814
(916) 447-1192 office
ohedberg@yahoo.com

IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF

CALIFORNIA

| | |
|---|---|
| THE UNITED STAES OF AMERICA<br><br>V.<br><br>FRANCISCO LOYOLA-SOLARZANO et al. | Case Number: 2:18-cr-00164-MCE<br><br>**STIPULATION AND ORDER**<br><br>**DATE: 8-22-19**<br>**TIME: 10 AM**<br>**DEPT: Hon. Morrison C. England** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the defendants:

1. Elias Hernandez-Valencia

2. Filiberto Madrigal

3. Luis Armando Rios Garcia

4. Georgina Carrillo Ayala

5. Jose Francisco Buenavida

6. Jose Antonio Pantoja Estrada

7. Bart Richard Hughes

8. Jose Manuel Rodriguez

9. Roberto Mercado-Rangel

by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney James Conolly, that the status conference presently set for August 22, 2019, should be continued to October 24, 2019, at 10:00 a.m. and that time under the Speedy Trial Act should be excluded from August 22, 2019 through October 24, 2019.

     Defense counsel needs additional time to continue to review discovery, communicate with the Government and their respective clients, discuss possible resolutions and prepare for trial. The continuance is necessary to ensure continuity of counsel and for defense preparation. Accordingly, the time between August 22, 2019 and October 24, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Defense counsel for the defendants and AUSA James Conolly have authorized Ms. White to sign this pleading for them.

Dated: August 19, 2019                  U.S. ATTORNEY
                                            by: /s/ Olaf Hedberg for
                                            JAMES CONOLLY
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

Dated: August 19, 2019                  /s/ Olaf Hedberg for
                                            Hayes Gable III
                                            Attorney for Defendant
                                            Elias Hernandez-Valencia

Dated: August 19, 2019                  /s/ Olaf Hedberg for
                                            PETER KMETO
                                            Attorney for Defendant
                                            Luis Armando Rios Garcia

| | |
|---|---|
| Dated: August 19, 2019 | /s/ Olaf Hedberg for<br>TASHA CHALFANT<br>Attorney for Defendant<br>Georgina Carrillo Ayala |
| Dated: August 19, 2019 | /s/ Olaf Hedberg<br>OLAF HEDBERG<br>Attorney for Defendant<br>Jose Francisco Buenavida |
| Dated: August 19, 2019 | /s/ Olaf Hedberg for<br>DINA SANTOS<br>Attorney for Defendant<br>Jose Antonio Pantoja Estrada |
| Dated: August 19, 2019 | /s/ Olaf Hedberg for<br>ALIN CINTEAN<br>Attorney for Defendant<br>Bart Richard Hughes |
| Dated: August 19, 2019 | /s/ Olaf Hedberg for<br>DAVID D. FISCHER<br>Attorney for Defendant<br>Jose M. Rodriguez |
| Dated: August 19, 2019 | /s/ Olaf Hedberg for<br>CLEMENTE JIMENEZ<br>Attorney for Defendant<br>Roberto Mercado-Rangel |
| Dated: August 19, 2019 | /s/ Olaf Hedberg for<br>TONI WHITE<br>Attorney for Defendant<br>Filiberto Madrigal |

## ORDER

IT IS SO ORDERED.

Dated: August 21, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE