ALIN D. CINTEAN (SBN240160)
Certified Specialist in Criminal Law
California State Bar, Board of Legal Specialization

555 Capitol Mall Ste. 755
Sacramento, CA 95814
Phone (916)441-3500
Alin@CinteanLaw.com

Attorney for Defendant
BART HUGHES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br><br><br>BART HUGHES<br><br>DEFENDANT | CASE NO.: **2:18-CR-00164-12**<br><br>AMENDED REQUEST FOR NEW PSR SCHEDULE |

The parties stipulate and request to re-set the schedule for the pre-sentence report as follows:

Judgement and Sentencing Date: June 25, 2020 at 10:00 A.M.

Reply or Statement of Non-Opposition: June 18, 2020

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 11, 2020.

PRE-SENTENCE REPORT SCHEDULE

Presentence Report Filed with the Court: June 1, 2020.

The proposed Presentence Report was already disclosed and counsel's written objections to the Presentence Report have already been delivered to the Probation Officer and opposing counsel.

Dated: May 11, 2020

/s/ *Alin D. Cintean*
Alin D. Cintean

/s/ *James Conolly*
James Conolly
Assistant United States Attorney

PRE-SENTENCE REPORT SCHEDULE

**ORDER**

The Court hereby orders that the schedule for Mr. Hughes' pre-sentence report is amended as follows:

Judgement and Sentencing Date: June 25, 2020 at 10:00 A.M.

Reply or Statement of Non-Opposition: June 18, 2020

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: June 11, 2020.

Presentence Report Filed with the Court: June 1, 2020.

　　　IT IS SO ORDERED.

Dated:  May 12, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

PRE-SENTENCE REPORT SCHEDULE